IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:25-cv-2764**

THE ESTATE OF JAMIN ROBERTSON,
by and through its personal representatives MELISSA ROBERTSON;
MELISSA ROBERTSON, individually;

Plaintiffs,

v.

WELLPATH LLC;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO, COLORADO;
SHERIFF BILL ELDER, in his then official capacity now
held by JOSEPH ROYBAL;
DEPUTY JACOB FAHLSING, individually;
DEPUTY AARON GARCIA , individually;
DEPUTY IDENTIFIED AS PB 19078, individually;
DEPUTY IDENTIFIED AS EM 22034, individually;
AMANDA POPE, individually;
STEPHANIE CHAVEZ, individually;
DR. MICHAEL PAOLUCCI, individually;

       Defendants.

---

**MOTION FOR EXTENSION OF TIME TO SERVE AND
PRODUCE SCHEDULING ORDER**

---

**COMES NOW**, Plaintiffs by and through undersigned counsel, and moves this Honorable Court for and extension of time to serve Defendants and produce scheduling Order.  In support of this Motion Plaintiffs state as follows:

1. Wellpath LLC is currently a named Defendant in this matter.

2. Wellpath LLC is the subject of bankruptcy proceedings in the Southern District of Texas, Case Number,  24-90533.  There are currently 667 creditors identified in the Bankruptcy.

3. The Bankruptcy case is currently closed. However, on or about August 12, 2025, the Estate of KHAYLA J. EVANS filed a Motion to Clarify the extent to which Wellpath LLC may be included as a 'Nominal Defendant' in post-bankruptcy proceedings.

4. Wellpath LLC is a vital part of the discovery process in this case and, should the United States Bankruptcy Court – Southern District of Texas rule that Wellpath LLC's as status a Nominal Defendant may persist post discharge, Plaintiff would seek to continue to include them here and proceed in the normal course. However, should that Court rule Wellpath LLC is protected to a degree that precludes them from participation as a Nominal Defendant, Plaintiffs Complaint will be Amended to reflect and honor that ruling.

5. A hearing related to the issue of nominal defendant inclusion was held on November 25, 2025. An Order from that hearing, however, has not yet issued.

6. Federal Rule of Civil Procedure (FRCP), Rule 6(b), provides that the Court may, extend the time for an act to be done, if a request is made before the original time expires.

7. Due to the pending issues before the Bankruptcy Court contending with Wellpath LLC's inclusion or exclusion from being named as a 'nominal defendant' in ongoing litigation, the proper course of discovery in this case is not yet static.

8. Should Wellpath LLC be excluded entirely from litigation as a named party, Plaintiff's approach to discovery will shift dramatically.

WHEREFORE, Plaintiffs respectfully request an extension of time to serve non-Wellpath Defendants and arrange discovery protocol until January 9, 2026.

Respectfully submitted this 8th day of December 2025.

/s/ Kris Miller
Kristopher Miller
Miller Law LLC

6510 S Academy Blvd
Ste A #780
Colorado Springs, CO 80906
kris@millerinjuries.com